GARCIA SULLIVAN & LOPEZ LLP
NORMA V. GARCIA (SBN. 223512)
TABITHA RAINEY SULLIVAN (SBN. 223397)
JEFFREY M. BLANK (SBN. 217522)
695 TOWN CENTER DRIVE, SUITE 700
COSTA MESA, CA 92626
TEL: (714) 382-7000
FAX: (714) 382-0031

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HCT PACKAGING, INC., a New Jersey Corporation<br>Plaintiff(s)<br>v.<br>TM INTERNATIONAL TRADING LIMITED, et al.<br>Defendant(s) | CASE NUMBER:<br>CV13-8443-RGK(SHx)<br><br>**PROOF OF SERVICE**<br>**SUMMONS AND COMPLAINT**<br>*(Use separate proof of service for each person/party served)* |

1. At the time of service I was at least 18 years of age and not a party to this action and **I served** copies of the *(specify documents)*:
   a. ☒ summons   ☒ complaint   ☐ alias summons   ☐ first amended complaint
   ☐ second amended complaint
   ☐ third amended complaint

   ☐ other *(specify)*:

2. **Person served:**
   a. ☒ Defendant *(name)*: SCENE MEDIA LIMITED
   b. ☒ Other *(specify name and title or relationship to the party/business named)*:
      Miss Tsang, receptionist at Registered Office for Service
   c. ☒ Address where papers were served: Room 1505, 15th Floor, Yu Sung Boon Building, 107-111 Des Voeux Road Central, Hong Kong

3. **Manner of Service** in compliance with *(the appropriate box **must** be checked)*:
   a. ☒ Federal Rules of Civil Procedure
   b. ☐ California Code of Civil Procedure

4. **I served** the person named in Item 2:
   a. ☒ By **Personal service**. By personally delivering copies. If the person is a minor, by leaving copies with a parent, guardian, conservator or similar fiduciary and to the minor if at least twelve (12) years of age.
      1. ☒ **Papers were served on** *(date)*: 12/4/2013   at *(time)*: 11:30 am
   b. ☐ By **Substituted service**. By leaving copies:
      1. ☐ **(home)** at the dwelling house, usual place of abode, or usual place of business of the person served in the presence of a competent member of the household, at least 18 years of age, who was informed of the general nature of the papers.
      2. ☐ **(business)** or a person apparently in charge of the office of place of business, at least 18 years of age, who was informed of the general nature of the papers.
      3. ☐ **Papers were served on** *(date)*: _____ at *(time)*: _____
      4. ☐ **by mailing** *(by first-class mail, postage prepaid)* copies to the person served in Item 2(b) at the place where the copies were left in Item 2(c).
      5. ☐ **papers were mailed** on (date): _____
      6. ☐ **due diligence**. I made at least three (3) attempts to personally serve the defendant.

---

**PROOF OF SERVICE - SUMMONS AND COMPLAINT**

CV-1 (04/01)                                                                                                          PAGE 1

c. ☐ **Mail and acknowledgment of service.** By mailing *(by first-class mail or airmail, postage prepaid)* copies to the person served, with two (2) copies of the form of Waiver of Service of Summons and Complaint and a return envelope, postage prepaid addressed to the sender. **(Attach completed Waiver of Service of Summons and Complaint).**

d. ☐ **Service on domestic corporation, unincorporated association (including partnership), or public entity. (F.R.Civ.P. 4(h)) (C.C.P. 416.10)** By delivering, during usual business hours, a copy of the summons and complaint to an officer, a managing or general agent, or to any other agent authorized by appointment or by law to receive service of process and, if the agent is one authorized by statute and the statute so requires, by also mailing, by first-class mail, postage prepaid, a copy to the defendant.

e. ☐ **Substituted service on domestic corporation, unincorporated association (including partnership), or public entity. (C.C.P. 415.20 only)** By leaving during usual office hours, a copy of the summons and complaint in the office of the person served with the person who apparently was in charge and thereafter by mailing *(by first-class mail, postage prepaid)* copies to the persons at the place where the copies were left in full compliance with C.C.P. 415.20. Substitute service upon the California Secretary of State requires a court order. **(Attach a copy of the order to this Proof of Service).**

f. ☒ **Service on a foreign corporation.** In any manner prescribed for individuals by FRCP 4(f).

g. ☐ **Certified or registered mail service.** By mailing to an address outside California *(by first-class mail, postage prepaid, requiring a return receipt)* copies to the person served. **(Attach signed return receipt or other evidence of actual receipt by the person served).**

h. ☐ **Other** (specify code section and type of service):

5. Service upon the **United States, and Its Agencies, Corporations or Officers.**

   a. ☐ by delivering a copy of the summons and complaint to the clerical employee designated by the U.S. Attorney authorized to accept service, pursuant to the procedures for the Office of the U.S. Attorney for acceptance of service, or by sending a copy of the summons and complaint by registered or certified mail addressed to the civil process clerk at the U.S. Attorneys Office.

      Name of person served:

      Title of person served:

      Date and time of service: *(date)*: _____ at *(time)*: _____

   b. ☐ By sending a copy of the summons and complaint by registered or certified mail to the Attorney General of the United States at Washington, D.C. **(Attach signed return receipt or other evidence of actual receipt by the person served).**

   c. ☐ By sending a copy of the summons and complaint by registered or certified mail to the officer, agency or corporation **(Attach signed return receipt or other evidence of actual receipt by the person served).**

6. At the time of service I was at least 18 years of age and not a party to this action.

7. Person serving *(name, address and telephone number)*:
   Henry Lee, clerk to King & Wood Mallesons
   13th Floor, Gloucester Tower
   The Landmark, 15 Queen's Road Central
   Hong Kong

   a. Fee for service: $ 0.00
   b. ☐ Not a registered California process server
   c. ☒ Exempt from registration under B&P 22350(b)
   d. ☐ Registered California process server

8. ☐ I am a California sheriff, marshal, or constable and I certify that the foregoing is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Date: 16 December 2013

_____
*(Signature)*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Central District of California

| | |
|---|---|
| HCT PACKAGING, INC. *a New Jersey Corporation* <br><br> *Plaintiff(s)* <br> v. <br> TM INTERNATIONAL TRADING LIMITED; SCENE MEDIA LIMITED; LUCINDA JANE MCEVOY; NORBERT MIBRAN TOPOUZOGLOU; AND DOES 1 THROUGH 10, INCLUSIVE <br> *Defendant(s)* | Civil Action No. **CV13-8443 RGK (SHx)** |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  SCENE MEDIA LIMITED
Room 1505, 15th Floor, Yu Sung Boon Building
107-111 Des Voeux Road Central
Hong Kong

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   GARCIA, SULLIVAN & LOPEZ LLP
NORMA V. GARCIA
TABITHA RAINEY SULLIVAN
JEFFREY M. BLANK
695 TOWN CENTER DRIVE, SUITE 700
COSTA MESA, CA 92626

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

NOV 1 4 2013

Date: _____

CLERK OF COURT

JULIE PRADO
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. CV13 - 8443

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Scene Media Limited
was received by me on *(date)*  11/15/2013 .

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)*  Miss Tsang , who is designated by law to accept service of process on behalf of *(name of organization)*  Scene Media Limited  on *(date)*  12/04/2013 ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify)*: I also served on the above-mentioned Miss Tsang a copy of the Complaint together with exhibits A, B & C by leaving the same at the registered office of Scene Media Limited situated at Room 1505, 15th Floor, Yu Sung Boon Building, 107-111 Des Voeux Road Central, Hong Kong on 4 December 2013.

My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00 .

I declare under penalty of perjury that this information is true.

Date:  12/04/2013

*Server's signature*

Henry Lee, Clerk to King & Wood Mallesons
*Printed name and title*

13th Floor, Gloucester Tower
The Landmark, 15 Queen's Road Central
Hong Kong
*Server's address*

Additional information regarding attempted service, etc: